# AMENDED COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDW
FILED
2023 MAY -8 P 3:

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Jermaine Bolling

v.

(Full name of defendant(s))

State of Wisconsin

OSCI / Oshkosh Correctional Institution - Warden

Judy P Smith et al.

Case Number:

22-CV-1565-JPS

(to be supplied by Clerk of Court)

A.  PARTIES

1. Plaintiff is a citizen of __OSCI 2000-2008__, and is located at
(State)

Oshkosh WI

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant State of Wisconsin et al.
Judy P. Smith Warden 2000-2008 - HK
(Name)

is (if a person or private corporation) a citizen of _____

Amended Complaint – 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

STATE of Wisconsin Oshosh Correctional Institution, Warden Judy P. Smith et al.

On or around September 11, 2000 A Imposition of Sentence was Handed down by the Court Waukesha Circut Ct. The Judgement of Conviction was sent to OSCI Warden And Judy P. Smith for Computation of Sentence

Amended Complaint – 2

Warden Smith Billings By Bill of Rights 6 Amendment. And wis § HN Indian Immunity the State is responsible for every Incarcerated person Release And to Assure The Caculation of time in the Judgement of Conviction was Accurate

False Imprisoned Billings out of Maliciousness 8th And deliberate indifference.

Billings, Jermare ETAL Incarceation Time Imposed by the State Waukesha County Circut Court Case # 00CF1045 And 00CF1049 was a Concurrent imposing of Sentence thus making Billings MR, mandatory release June, 2005 when Billing MR® From OSCI And September 2017 Billings discharged from USCI Had Billings time was ran CC by OSCI

Billings MR Dec 2005 " Discharge Sept 2013

Amended Complaint – 3

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

~~In damages~~ The plaintiff Billing was seeking and attending tech College for Culinary mngmt when Imprisoned. Billing stressed and was Hospitalized with most severe depression symptoms. Billing loss wages, Health worsened since

Billing is Asking for $3,900,000 8 million in damages. Clear record off computer ↑

Amended Complaint – 4

E.     **JURY DEMAND**

    I want a jury to hear my case.

    ☑ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __5th__ day of __May__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number

_____
801 North East Street #212 Waukesha, Wisconsin 53186
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

Jermaine Bolling
801 North East St Apt. #.
Waukesha, WI 53202

United States District Court
Clerk Office
Eastern District of Wisconsin
517 E. Wisconsin Ave
Milwaukee, WI 53202